IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |  |
|---|---|---|
| TRINA SOLAR (VIETNAM) SCIENCE & TECHNOLOGY CO., LTD., ET AL., | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| and | ) ) |  |
| FLORIDA POWER & LIGHT COMPANY, | ) ) |  |
| Plaintiff-Intervenor, | ) ) |  |
| v. | ) ) | Court No. 23-00228 |
| UNITED STATES, | ) ) |  |
| Defendant, | ) ) |  |
| and | ) |  |
| AUXIN SOLAR INC. ET ANO., | ) ) |  |
| Defendant-Intervenors. | ) ) |  |

PLAINTIFF-INTERVENOR FLORIDA POWER & LIGHT COMPANY'S
RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD

Pursuant to Rule 56.2 of the Rules of the United States Court of

International Trade, Plaintiff-Intervenor Florida Power & Light

Company ("FPL")[1] moves for judgment on the agency record with

respect to the claims raised in the complaint of Plaintiffs Trina Solar

---

[1] FPL is a subsidiary of NextEra Energy, Inc.

(Vietnam) Science & Technology Co., Ltd., Trina Solar Energy

Development Company Limited, and Trina Solar Co., Ltd. (collectively,

"Plaintiffs") challenging the final determination of the U.S. Department

of Commerce's ("Commerce") circumvention inquiry with respect to

Vietnam, published in *Antidumping and Countervailing Duty Orders on*

*Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into*

*Modules, from the People's Republic of China: Final Scope*

*Determination and Final Affirmative Determinations of Circumvention*

*with Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed.

Reg. 57,419 (Aug. 23, 2023), P.R. 751, Appx1216-1230 ("*Final*

*Determination*"), and accompanying Issues and Decision Memorandum,

Appx1050-1215.

 For the reasons explained in Plaintiffs' Memorandum in Support

of Motion for Judgment Upon the Agency Record, ECF No. 42, and in

the Memorandum accompanying this Motion, the Court should hold

that the contested portions of the *Final Determination* are unsupported

by substantial evidence and otherwise not in accordance with law.

Plaintiff-Intervenor FPL further moves for this Court to remand this

matter to Commerce for disposition consistent with the order and

opinion of the Court.

Respectfully submitted,

/s/ Matthew R. Nicely
Matthew R. Nicely
Daniel M. Witkowski
Julia K. Eppard
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, DC 20006
Phone: (202) 887-4046
E-mail: mnicely@akingump.com
*Counsel for Florida Power & Light Company*

July 9, 2024

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| TRINA SOLAR (VIETNAM) SCIENCE & TECHNOLOGY CO., LTD., ET AL., | ) ) ) ) |
| Plaintiffs, | ) ) |
| and | ) ) |
| FLORIDA POWER & LIGHT COMPANY, | ) ) |
| Plaintiff-Intervenor, | ) ) |
| v. | ) ) ) |
| UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) |
| AUXIN SOLAR INC. ET ANO., | ) ) |
| Defendant-Intervenors. | ) ) ) |

Court No. 23-00228

<u>PLAINTIFF-INTERVENOR FLORIDA POWER & LIGHT COMPANY'S
MEMORANDUM IN SUPPORT OF PLAINTIFFS' RULE 56.2
MOTION FOR JUDGMENT ON THE AGENCY RECORD</u>

Matthew R. Nicely
Daniel M. Witkowski
Julia K. Eppard
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, DC 20006
Phone: (202) 887-4046
E-mail: mnicely@akingump.com
*Counsel for Florida Power & Light Company*

Dated: July 9, 2024

## TABLE OF CONTENTS

GLOSSARY ........................................................................................... v

INTRODUCTION ................................................................................ 1

ADMINISTRATIVE DETERMINATION SOUGHT TO BE
     REVIEWED ...................................................................................... 2

STATEMENT OF ISSUES ADDRESSED IN THIS BRIEF ..................... 2

STATEMENT OF FACTS ..................................................................... 4

STANDARD OF REVIEW ..................................................................... 4

ARGUMENT ....................................................................................... 5

I.    COMMERCE ERRED IN DETERMINING THAT THE PROCESS
     OF ASSEMBLING OR COMPLETING CSPV CELLS AND
     MODULES IN VIETNAM WAS MINOR ........................................ 6

   A.    Commerce Can Expand an Order to Cover Merchandise
   Assembled or Completed in a Third Country Only if the Process of
   Assembly or Completion Is Minor or Insignificant ............................... 6

   B.    Commerce's Finding that the Process of Assembly or Completion
   of CSPV Cells and Modules in Vietnam Was Minor Is Unsupported by
   Substantial Evidence and Otherwise Not in Accordance with Law ... 12

II.   COMMERCE ERRED IN MAKING AN AFFIRMATIVE
     COUNTRY-WIDE CIRCUMVENTION DETERMINATION ........ 20

CONCLUSION ................................................................................. 25

i

## TABLE OF AUTHORITIES

Page(s)

Cases

*Mid Continent Nail Corp. v. United States,*
    846 F.3d 1364 (Fed. Cir. 2017) ............................................................ 4

*Motor Vehicle Mfrs. Ass'n v. State Farm Mut. Auto. Ins. Co.,*
    463 U.S. 29 (1983) ................................................................................ 5

*SKF USA Inc. v. United States,*
    263 F.3d 1369 (Fed. Cir. 2001) ............................................................ 5

*Universal Camera Corp. v. NLRB,*
    340 U.S. 474 (1951) .............................................................................. 4

Statutes

19 U.S.C.
    § 1516a(b)(1)(B)(i) ............................................................................... 4
    § 1677j(a)(2)(E) .................................................................................. 18
    § 1677j(b) ........................................................................................... 19
    § 1677j(b)(1) ....................................................................................... 23
    § 1677j(b)(1)(C) .............................................................................. 6, 12
    § 1677j(b)(2) ................................................... 9, 10, 13, 14, 15, 16
    § 1677j(b)(2)(E) ................................................................................. 18
    § 3512(d) .............................................................................................. 9

Administrative Determinations

*Antidumping and Countervailing Duty Orders on Certain*
    *Aluminum Foil From the People's Republic of China:*
    *Final Affirmative Determinations of Circumvention With*
    *Respect to the Republic of Korea and the Kingdom of*
    *Thailand,* 88 Fed. Reg. 82,824 (Nov. 27, 2023) ................................... 12

*Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention with Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Aug. 23, 2023) .......................................... 2, 20, 21, 23, 25

*Certain Circular Welded Non-Alloy Steel Pipe From the Republic of Korea: Final Affirmative Determination of Circumvention of the Antidumping Duty Order*, 88 Fed. Reg. 77,270 (Nov. 9, 2023) .................................................... 11

*Certain Corrosion-Resistant Steel Products From Taiwan: Affirmative Final Determination of Circumvention Inquiry on the Antidumping Duty Order*, 84 Fed. Reg. 70,937 (Dec. 26, 2019) ......................................................... 18

*Ferrovanadium and Nitrided Vanadium From the Russian Federation: Negative Final Determination of Circumvention of the Antidumping Duty Order*, 77 Fed. Reg. 46,712 (Aug. 6, 2012) .................................................. 18

*Preliminary Negative Determination and Extension of Time Limit for Final Determination of Circumvention of the Antidumping Duty Order on Ferrovanadium and Nitrided Vanadium From the Russian Federation*, 77 Fed. Reg. 6537 (Feb. 8, 2012) ................................................ 18

*Preliminary Negative Determination of Circumvention of the Antidumping Order on Polyethylene Terephthalate Film, Sheet, and Strip From the United Arab Emirates*, 80 Fed. Reg. 26,229 (May 7, 2015) .................................................... 11

<u>Other Authorities</u>

Brittanica Dictionary ................................................. 8

Cambridge Dictionary ............................................. 7, 8

Merriam-Webster Dictionary ................................... 7, 8

Uruguay Round Agreements Act, Statement of
    Administrative Action, H.R. Rep. No. 103-316, Vol. I
    (1994) ...................................................................................... 9, 10, 11

## GLOSSARY

| Abbreviation | Term |
|---|---|
| AFA | adverse facts available |
| Boviet | Boviet Solar Technology Co., Ltd. |
| CSPV | crystalline silicon photovoltaic |
| Decision Memo | Issues and Decision Memorandum for the Circumvention Inquiry With Respect to Vietnam accompanying *Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention with Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Aug. 23, 2023) |
| *Final Determination* | *Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention with Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Aug. 23, 2023) |
| FPL | Florida Power & Light Company |
| Plaintiffs' Brief | Plaintiffs' Memorandum in Support of Motion for Judgment Upon the Agency Record |
| R&D | research and development |
| SAA | Uruguay Round Agreements Act, Statement of Administrative Action, H.R. Rep. No. 103-316, Vol. I (1994) |
| Vina | Vina Solar Technology Company Limited |

INTRODUCTION

Plaintiff-Intervenor Florida Power & Light Company ("FPL")[1] hereby submits this brief in support of the Rule 56.2 motion for judgment upon the agency record filed by Plaintiffs Trina Solar (Vietnam) Science & Technology Co., Ltd., Trina Solar Energy Development Company Limited, and Trina Solar Co., Ltd. (collectively, "Plaintiffs"). As explained in Plaintiffs' Memorandum in Support of Motion for Judgment Upon the Agency Record, ECF No. 42 ("Plaintiffs' Brief"), the U.S. Department of Commerce ("Commerce") committed several errors of law and fact in finding on a country-wide basis that crystalline silicon photovoltaic ("CSPV") cells and modules completed or assembled in Vietnam are circumventing the antidumping ("AD") and countervailing duty ("CVD") orders on CSPV cells from the People's Republic of China. FPL supports the arguments made in Plaintiffs' Brief and adopts them by reference. In this brief, FLP further addresses Commerce's finding that the process of assembling or completing CSPV cells and modules in Vietnam is "minor" and Commerce's application of

---

[1] FPL is a subsidiary of NextEra Energy, Inc.

its affirmative circumvention determination on a country-wide basis rather than limiting that determination to uncooperative companies.

## ADMINISTRATIVE DETERMINATION SOUGHT TO BE REVIEWED

FPL challenges certain aspects of Commerce's final determination with respect to Vietnam in *Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention with Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Aug. 23, 2023), P.R. 751, Appx1216-1230 ("*Final Determination*") and the accompanying Issues and Decision Memorandum for the Circumvention Inquiry With Respect to Vietnam, P.R. 749, Appx1050–1215 ("Decision Memo").

## STATEMENT OF ISSUES ADDRESSED IN THIS BRIEF

FPL addresses the following issues in this brief.

1.    Whether Commerce's determination that the process of assembly or completion of CSPV cells and modules in Vietnam was minor is supported by substantial evidence and otherwise in accordance with law.

2

No. The facts found by Commerce regarding the process of assembling or completing CSPV cells and modules do not support Commerce's conclusion that the process of assembly or completion of CSPV cells and modules in Vietnam was minor, regardless of the specific producer. The processes undertaken in Vietnam to produce CSPV cells and modules are nothing like the "screwdriver assembly operations" that the circumvention statute is intended to address.

2.     Whether Commerce's affirmative country-wide circumvention determination is supported by substantial evidence and otherwise in accordance with law.

No. Commerce's country-wide circumvention determination ultimately rests on a deterrence-based rationale, rather than actual evidence regarding the production process in Vietnam, resulting in the unlawful application of adverse facts available ("AFA") to cooperative parties. Commerce's affirmative country-wide circumvention determination is also unsupported by substantial evidence and arbitrary, as it is contradicted by record evidence and Commerce's own findings regarding the significance of the processing that occurs in Vietnam, which Commerce failed to address.

## STATEMENT OF FACTS

FPL adopts the statement of facts set forth in Plaintiffs' Brief. To the extent that additional facts not mentioned by Plaintiffs are relevant to FPL's arguments, they are discussed within the context of the arguments set forth below.

## STANDARD OF REVIEW

The Court "shall hold unlawful any determination, finding, or conclusion found . . . to be unsupported by substantial evidence on the record, or otherwise not in accordance with law." 19 U.S.C. § 1516a(b)(1)(B)(i). Substantial evidence is "such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." *Universal Camera Corp. v. NLRB*, 340 U.S. 474, 477 (1951) (internal quotation marks omitted).

Commerce acts unlawfully not only when its actions are inconsistent with a statute or its regulations, but also when it acts arbitrarily. *See, e.g.*, *Mid Continent Nail Corp. v. United States*, 846 F.3d 1364, 1372 (Fed. Cir. 2017) ("Commerce's decision will {also} be set aside if it is arbitrary and capricious." (internal quotation marks omitted) (alteration in original)). The obligation to avoid arbitrary

action requires Commerce to engage in reasoned and evenhanded decision-making. *See, e.g.*, *Motor Vehicle Mfrs. Ass'n v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29, 43, 52 (1983) (determination must be based on "consideration of the relevant factors" and "offer a rational connection between the facts found and the choice made" (internal quotation marks omitted)); *SKF USA Inc. v. United States*, 263 F.3d 1369, 1382 (Fed. Cir. 2001) ("{A}n agency action is arbitrary when the agency offers insufficient reasons for treating similar situations differently." (internal quotation marks omitted)).

## ARGUMENT

In its circumvention inquiry, Commerce collected evidence and made detailed factual findings regarding the substantial, complex, and sophisticated processing needed to complete or assemble CSPV cells and modules in Vietnam, regardless of who the specific producer was. Those findings fatally undermine any conclusion that the "process of assembly or completion" in Vietnam was "minor." Commerce therefore should have issued a negative circumvention determination in this inquiry.

Commerce further erred in ignoring that evidence when it made an affirmative country-wide circumventing determination, finding that

all cooperative non-examined companies in Vietnam are circumventing the AD/CVD orders on CSPV cells from China. Commerce blindly extended company-specific determinations that were reached solely based on a deterrence rationale to cooperative companies to which that rationale did not apply, resulting in the unlawful application of AFA to cooperative parties. Moreover, the record lacks evidence to support a finding that cooperative companies in Vietnam are circumventing the AD/CVD orders on CSPV cells from China, while Commerce failed to even address the evidence and its own findings that contradicted its country-wide affirmative determination.

I.    COMMERCE ERRED IN DETERMINING THAT THE PROCESS OF ASSEMBLING OR COMPLETING CSPV CELLS AND MODULES IN VIETNAM WAS MINOR

    A.    Commerce Can Expand an Order to Cover Merchandise Assembled or Completed in a Third Country Only if the Process of Assembly or Completion Is Minor or Insignificant

As explained in Plaintiffs' Brief (at 19-20), Commerce must find that several criteria are all met before expanding the scope of an AD or CVD order to cover merchandise assembled or completed in a third country, one of which is that "the process of assembly or completion in the {third country} is minor or insignificant." 19 U.S.C. § 1677j(b)(1)(C).

The word "process" is commonly understood to mean "a series of actions or operations conducing to an end" and especially "a continuous operation or treatment especially in manufacture." *Process*, Merriam-Webster Dictionary, https://www.merriam-webster.com/dictionary/process (last visited July 8, 2024); *see also Process*, Cambridge Dictionary, https://dictionary.cambridge.org/us/dictionary/english/process (last visited July 8, 2024) ("a series of actions that you take in order to achieve a result").[2] Thus, the statute directs Commerce's inquiry to the actions of assembling or completing the merchandise.

The word "minor," meanwhile, is typically understood as "having little importance, influence, or effect, especially when compared with other things of the same type." *Minor*, Cambridge Dictionary, https://dictionary.cambridge.org/us/dictionary/english/minor (last visited July 8, 2024); *see also Minor*, Merriam-Webster Dictionary, https://www.merriam-webster.com/dictionary/minor (last visited July 8, 2024) ("inferior in importance, size, or degree : comparatively

---

[2] Printouts of the internet-based citations are included in Attachments A through G of this brief.

unimportant"); *Minor*, Brittanica Dictionary,

https://www.britannica.com/dictionary/minor (last visited July 8, 2024)

("not very important or valuable"; "small in number, quantity, or

extent"). "Insignificant" is defined as "lacking meaning or import,"

"small in size, quantity, or number," and "not worth considering."

*Insignificant*, Merriam-Webster Dictionary, https://www.merriam-

webster.com/dictionary/insignificant (last visited July 8, 2024); *see also*

*Insignificant*, Cambridge Dictionary,

https://dictionary.cambridge.org/us/dictionary/english/insignificant (last

visited July 8, 2024) ("small or not noticeable, and therefore not

considered important"; "not important or thought to be valuable"). The

phrase "minor or insignificant" thus indicates something that is small

or not important.

The statute directs Commerce to take into account several factors

"{i}n determining whether the process of assembly or completion is

minor or insignificant," namely:

> (A) the level of investment in the foreign country,
> (B) the level of research and development in the foreign country,
> (C) the nature of the production process in the foreign country,

(D) the extent of production facilities in the foreign country, and

(E) whether the value of the processing performed in the foreign country represents a small proportion of the value of the merchandise imported into the United States.

19 U.S.C. § 1677j(b)(2). The statute does not require Commerce to make specific determinations with respect to these factors; rather, they simply are to be taken into consideration when Commerce makes the determination that is required, which is "whether the process of assembly or completion is minor or insignificant." *See id.*

The plain meaning of the statute is reinforced by the Statement of Administrative Action ("SAA") accompanying the Uruguay Round Agreements Act,[3] which included the current AD/CVD circumvention provisions of the Tariff Act. The SAA "shall be regarded as an authoritative expression by the United States concerning the interpretation and application of . . . {the Uruguay Round Agreements Act} in any judicial proceeding in which a question arises concerning such interpretation or application." 19 U.S.C. § 3512(d). The SAA explains that the U.S.- and third-country assembly provisions in the

---

[3] Uruguay Round Agreements Act, Statement of Administrative Action, H.R. Rep. No. 103-316, Vol. I (1994).

9

circumvention statute are intended to address "screwdriver assembly operations." SAA at 893. The SAA refers to "screwdriver operation" twice more and explains that it would be "relatively easy for a foreign exporter to circumvent an antidumping duty order by establishing a screwdriver operation." *Id.* at 893-94. The SAA further states that the circumvention provisions are intended to be "fair to all parties" and that "{b}ecause Commerce will find circumvention only where assembly or completion operations in the United States or in third countries are minor, the proposed amendments will not deter legitimate investment{.}" *Id.* at 894. These statements illustrate that Congress understood that the circumvention provisions would be used only when the assembly process was akin to an easily established "screwdriver operation."

Although the SAA states that Commerce will evaluate each of the factors listed in 19 U.S.C. § 1677j(b)(2) "as they exist either in the United States or a third country" and "{n}o single factor will be controlling," the "overall thrust" of the amendments to the circumvention statute was "to focus the anticircumvention inquiry on the question of whether minor or insignificant assembly or completion

is taking place." SAA at 893-94. Commerce repeatedly has characterized the SAA as reflecting a decision by Congress for Commerce "to focus more on the nature of the production process" and to shift Commerce's focus "toward a more qualitative focus on the nature of the production process." *Preliminary Negative Determination of Circumvention of the Antidumping Order on Polyethylene Terephthalate Film, Sheet, and Strip From the United Arab Emirates*, 80 Fed. Reg. 26,229 (May 7, 2015), and accompanying Issues and Decision Memorandum at 7 (internal quotation marks omitted); *see also, e.g., Certain Circular Welded Non-Alloy Steel Pipe From the Republic of Korea: Final Affirmative Determination of Circumvention of the Antidumping Duty Order*, 88 Fed. Reg. 77,270 (Nov. 9, 2023), and accompanying Issues and Decision Memorandum at 32-33;. Commerce has also recently explained that:

> {T}he factors involving the level of investment, the level of R&D, and the extent of the production facilities in {the third country} weighed less heavily in our determination than the factors involving the nature of the production process and the value added in {the third country} because the former relate more broadly to the companies and their facilities, whereas the latter relate more to the production of inquiry merchandise itself.

11

*Antidumping and Countervailing Duty Orders on Certain Aluminum Foil From the People's Republic of China: Final Affirmative Determinations of Circumvention With Respect to the Republic of Korea and the Kingdom of Thailand*, 88 Fed. Reg. 82,824 (Nov. 27, 2023), and accompanying Issues and Decision Memorandum with Respect to Korea at 32.

> B.    Commerce's Finding that the Process of Assembly or Completion of CSPV Cells and Modules in Vietnam Was Minor Is Unsupported by Substantial Evidence and Otherwise Not in Accordance with Law

Commerce was tasked with determining whether "the process of assembly or completion" of CSPV cells and modules in Vietnam was "minor or insignificant." 19 U.S.C. § 1677j(b)(1)(C). Given the plain meaning of those terms, the guidance provided by the SAA, and Commerce's own acknowledgements regarding the importance of the nature of the production process to the inquiry, no reasonable mind could conclude that the process of assembly or completion of CSPV cells and modules in Vietnam was minor.

As Plaintiffs explained in their brief, Commerce does not appear to have ever found that the process of assembly or completion was minor or insignificant when the "nature of the production process"

12

weighed against that conclusion. Pls.' Br. 25. That fact is unsurprising, given that this is the only factor that explicitly refers to the "process," which is the focus of Commerce's ultimate inquiry under 19 U.S.C. § 1677j(b)(2), and Commerce's recognition that Congress intended for Commerce to focus more on the nature of the production process in its circumvention inquiries.

Beyond the general conclusion that Commerce reached with respect to the "nature of the production process" factor, Commerce made numerous findings that cannot be reconciled with an overall determination that the "process of assembly or completion" in Vietnam was "minor." For example, Commerce found in the Decision Memo that:

- {S}olar cell facilities, and solar module facilities require one to three years to build. Appx1092.

- "{R}ecord evidence indicates that there are significant technical requirements that must be met for, and changing technologies with respect to, producing solar cells." *Id.*

- "{T}he equipment and technology, as well as the number of processing steps required to produce a solar cell are far more

technically sophisticated than those of the polysilicon or wafer manufacturing operations." *Id.* (cleaned up).

- "Cell manufacturing alone requires a fully integrated, multi-step manufacturing line with equipment to perform multiple processes. Each of these processes requires one or more uniquely designed and calibrated machines to advance the wafer from a commodity product to a finished cell." *Id.* (cleaned up).

- "{W}hile the technology required to produce ingots has not significantly changed since it was created, the same is not true for solar cells. . . . Because of technological improvements to solar cells, module makers must regularly upgrade their production lines to avoid becoming obsolete." *Id.*

- "{T}he labor requirements for a solar cell and solar module facility are greater than the labor requirements for an ingot and wafer production facility." Appx1093.

- "{T}he ITC reported that processing wafers into solar cells involves sophisticated machinery, which requires skilled technicians and employees with advanced degrees," whereas

14

"{t}here is no information on the record that indicates that the production of ingots and wafers require skilled workers." *Id.* (internal quotation marks omitted).

- "{P}roducing solar cells requires seven or 11 steps . . . , and producing solar modules requires nine steps," meaning that "it requires fewer steps to produce ingots and wafers in China, than to produce solar cells and solar modules in the inquiry country." *Id.*

- "{P}roducing solar cells and solar modules in the inquiry country involves a multi-step production process that requires more precise and sophisticated equipment at multiple stages compared to producing ingots and wafers in China." *Id.*

- "Regarding inputs, solar cell and solar module production requires approximately 100 different inputs, whereas converting polysilicon into wafers only involves a handful of inputs." *Id.*

- "{P}roducing wafers from polysilicon in China is less extensive of a transformation of the input than producing solar cells and solar modules from wafers in the inquiry country. The essence

of the solar module is realized in solar cell production."
Appx1094.

- "{T}he multi-step solar cell and solar module production process
  requires sophisticated, precise, and technologically advanced
  equipment, and a skilled workforce. Production of solar cells
  and {modules}[4] involves more than attaching Chinese
  components together. Solar cell and solar modules production
  involve exacting processes . . . and treatments to, and
  preparation of, inputs used in production . . . ." *Id.*

Commerce emphasized in the Decision Memo that its description of the
production process for turning CSPV wafers into cells and modules was
"not specific to any one respondent but encompasses the essence of the
manufacturing performed by all the respondents." Appx1090.

The facts established by Commerce in no way resemble the
"screwdriver operations" that the statute's circumvention provisions are
intended to address. As explained above, the nature of the production
process is at the heart of Commerce's inquiry as to whether the process

---

[4] The Decision Memo used the word "wafers," but the context makes
clear that Commerce intended to refer to modules.

of assembly or completion is minor or insignificant. Commerce's numerous findings related to the nature of the production process show that the process of assembly or completion of CSPV cells and modules is significant, extensive, and complex.

Furthermore, the findings recounted above bear on more than just the nature of the production process. Commerce's findings regarding the time it takes to build solar cell and modules facilities (one to three years), the technical hurdles for producing solar cells and modules, and the multi-step process and sophisticated machinery and equipment involved in solar cell and module production support a conclusion that producing CSPV cells and modules in Vietnam requires significant investments and production facilities. Commerce's findings also demonstrate that the processes occurring in Vietnam are technologically advanced and depend upon R&D, further supporting a finding that the process is not minor or insignificant.[5]

Meanwhile, Commerce's findings regarding the multiple steps, sophisticated machinery, and intensive and skilled labor needed to

---

[5] This is true regardless of where those R&D expenses may have been incurred, as R&D can easily be shared between affiliated companies across national lines. Appx1075.

produce CSPV cells and modules—a process that imparts the "essential nature of the final product," Decision Memo, Appx1094—demonstrate the addition of substantial value through the production process in Vietnam. Commerce in prior circumvention inquiries has explicitly incorporated this kind of qualitative analysis into its consideration of the significance of the value of processing in the third country. *See, e.g.*, *Ferrovanadium and Nitrided Vanadium From the Russian Federation: Negative Final Determination of Circumvention of the Antidumping Duty Order*, 77 Fed. Reg. 46,712 (Aug. 6, 2012), and accompanying Issues and Decision Memorandum at 12 (finding that 15 to 20 percent value added in the United States[6] did not constitute a "small" proportion pursuant to 19 U.S.C. § 1677j(a)(2)(E)[7] "when viewed in combination with {the} fundamental alteration of the imported merchandise"); *Certain Corrosion-Resistant Steel Products From*

---

[6] These percentages were set forth in Commerce's preliminary determination in that inquiry. *See Preliminary Negative Determination and Extension of Time Limit for Final Determination of Circumvention of the Antidumping Duty Order on Ferrovanadium and Nitrided Vanadium From the Russian Federation*, 77 Fed. Reg. 6537, 6541 (Feb. 8, 2012).

[7] Section 1677j(a)(2)(E) is the corresponding value-added provision for inquiries involving minor assembly or completion in the United States and uses nearly identical language as 19 U.S.C. § 1677j(b)(2)(E).

*Taiwan: Affirmative Final Determination of Circumvention Inquiry on the Antidumping Duty Order*, 84 Fed. Reg. 70,937 (Dec. 26, 2019), and accompanying Issues and Decision Memorandum at 9 (considering value added in the third country both in terms of the "percentage of the value of the merchandise imported into the United States" and "{f}rom a qualitative perspective of the nature of the production process").

The facts, as found by Commerce, establish that the process of assembly or completion in Vietnam is a far cry from the minor or insignificant third-country processes that Congress intended to address in 19 U.S.C. § 1677j(b). As explained, the plain meaning of the statute and the additional guidance provided by the SAA require that the process of assembly or completion—the actions involved in producing the merchandise—be small or unimportant, akin to a "screwdriver operation." But the facts found by Commerce firmly establish that the process of producing CSPV cells and modules in Vietnam "involves more than attaching Chinese components together." Decision Memo, Appx1094. A lot more. And because those facts are not specific to any particular respondent, but rather "encompass{} the essence of the manufacturing performed by all the respondents," Decision Memo,

Appx1090, Commerce's ultimate conclusion that CSPV cells and modules completed in Vietnam are circumventing the AD/CVD orders on CSPV cells from China is arbitrary and unsupported by substantial evidence.

## II.    COMMERCE ERRED IN MAKING AN AFFIRMATIVE COUNTRY-WIDE CIRCUMVENTION DETERMINATION

In the *Final Determination*, Commerce found that Vina Solar Technology Company Limited ("Vina") and a handful of companies that did not respond to the quantity and value questionnaire were circumventing the AD/CVD orders on CSPV cells from China on the basis of AFA. Decision Memo, Appx1086, Appx1097, Appx1100-1102, Appx1110-1113. Commerce then relied on the circumvention determinations for those uncooperative companies as the primary rationale for making an affirmative country-wide circumvention determination, which applied to cooperative Vietnamese companies that were not individually examined by Commerce. Decision Memo, Appx1086-1087, Appx1097, Appx1100-1102, Appx1111-1113. Commerce's country-wide affirmative circumvention determination established that all non-examined companies in Vietnam that produce inquiry merchandise (i.e., CSPV cells containing Chinese wafers and CSPV

20

modules made with Chinese wafers plus two or more additional Chinese key inputs)[8] are circumventing the solar cells from China AD/CVD orders. That country-wide finding is unlawful, arbitrary, and unsupported by substantial evidence.

As explained in Section I, *supra*, Commerce's factual findings are inconsistent with a conclusion that *any* company is circumventing the solar cells from China orders by completing or assembly CSPV cells and modules in Vietnam. Commerce nevertheless concluded that Vina and the companies that did not respond to the quantity and value questionnaire were circumventing the orders as AFA. Commerce explained:

> While parties arguing that we should not find circumvention have made numerous comments and cited to information on the record and how we should treat and weigh it, we have not addressed these comments because they are moot because we have applied AFA to Vina . . . .

---

[8] Specifically, CSPV modules assembled or completed in Vietnam were subject to the inquiry where they consisted of CSPV cells made from wafers producers in China and where two or more of the following components in the module were produced in China: (1) silver paste; (2) aluminum frames; (3) glass; (4) backsheets; (5) ethylene vinyl acetate sheets; and (6) junction boxes. *Final Determination*, 88 Fed. Reg. at 57,420, Appx1217.

Decision Memo, Appx1100; *see also* Appx1097 (Commerce refusing to consider arguments and evidence regarding value added because it was applying AFA to Vina). Commerce further explained that:

> It would not be appropriate to make a determination with respect to the uncooperative companies based on information that has been provided by cooperative companies or based on Commerce's decisions regarding whether the process of assembling and completing Chinese components into solar cells and modules in Vietnam is, or is not, minor or insignificant. Such an approach would contradict the AFA provision that was intended to induce cooperation by ensuring that uncooperative parties do not benefit from their lack of cooperation.

Appx1112. Commerce's Decision Memo makes clear that Commerce's AFA-based determination with respect to Vina and the non-cooperative companies was not grounded in Commerce's evaluation of the factual record, but instead was based entirely on a deterrence rationale.

Although Commerce claimed that it did not apply AFA to cooperative companies by issuing an affirmative country-wide determination, *id.*, Commerce's rationale for that determination rested entirely on the fact that it found circumvention by Vina and the other non-cooperative companies. Commerce cannot point to any specific facts that it found with respect to the production process undertaken by Vina

22

or the other non-cooperative companies to suggest that other companies are likely circumventing the orders. The only basis for any circumvention finding by Commerce in the *Final Determination* rests upon deterrence. By extending that deterrence-based finding to other companies, rather than analyzing the evidence on the record regarding the process of assembly or completion for CSPV cells and modules in Vietnam, Commerce did in fact reach a determination with respect to those other companies that was based on AFA. As explained in Plaintiffs' Brief, the application of AFA to cooperative parties is not permitted by the statute, rendering the *Final Determination* unlawful. Pls.' Br. 30-32, 37-40.

Even if the Court were to conclude that Commerce did not apply AFA to cooperative companies, Commerce's country-wide affirmative finding is still unsupported by substantial evidence and arbitrary. Commerce can include merchandise assembled or completed in a third country within the scope of an AD/CVD order only if it finds that all of the statutory criteria in 19 U.S.C. § 1677j(b)(1) are met. Commerce cited no evidence that the criteria were met for the cooperative non-examined companies other than the fact that Vina and the non-cooperative

companies supposedly accounted for a significant volume of imports. *See, e.g.*, Appx1110-1111. But, as explained above, Commerce's deterrence-based rationale for its findings regarding Vina and the non-cooperative companies sheds no evidentiary light on whether the processing by fully cooperative companies was minor or insignificant.

Meanwhile, substantial record evidence demonstrates the process of assembly or completion by other companies likely was *not* minor or insignificant. For example, Commerce reached a negative circumvention determination with respect to Boviet Solar Technology Co., Ltd. ("Boviet"), finding that the processing by Boviet was not minor or insignificant based on an evaluation of the record evidence. *See, e.g.*, Appx1100-1101. The numerous factual findings discussed in Section I, infra, also indicate that the nature of the production process, the level of investment, the extent of the production facilities, and the value added in Vietnam were significant as well, regardless of the particular producer. Commerce, however, failed to address this evidence in reaching its country-wide affirmative circumvention determination. Commerce's determination that cooperative non-examined companies in Vietnam are circumventing the solar cells from China AD/CVD orders is

not supported by the factual record, rendering the *Final Determination*

unsupported by substantial evidence. Commerce's failure to even

consider that evidence and explain why it was nonetheless reasonable

to find that cooperative non-examined companies were circumventing

also renders Commerce's *Final Determintion* arbitrary.

## CONCLUSION

For the reasons discussed above and in Plaintiffs' Brief,

Commerce's *Final Determination* is not supported by substantial

evidence or otherwise in accordance with law.

Respectfully submitted,

/s/ Matthew R. Nicely
Matthew R. Nicely
Daniel M. Witkowski
Julia K. Eppard
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, DC 20006
Phone: (202) 887-4046
E-mail: mnicely@akingump.com
*Counsel for Florida Power & Light
Company*

Dated: July 9, 2024

<u>CERTIFICATE OF COMPLIANCE</u>

The undersigned counsel at Akin Gump Strauss Hauer & Feld LLP hereby certify that the foregoing Memorandum in Support of Plaintiffs' Rule 56.2 Motion for Judgment on the Agency Record, dated July 9, 2024, complies with the word-count limitation set forth in the Court's May 13, 2024, Scheduling Order. The memorandum of law contains 4,335 words according to the word-count function of the word-processing software used to prepare the memorandum.

Respectfully submitted,

<u>/s/ Matthew R. Nicely</u>
Matthew R. Nicely
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, DC 20006
Phone: (202) 887-4046
E-mail: mnicely@akingump.com
*Counsel for Florida Power & Light Company*

ATTACHMENT A

‹ process

✕ ____

| Dictionary | Thesaurus |

# process  1 of 4  *noun*

pro·cess  ˈprä-ˌses ◀))  ˈprō-,  -səs ◀))

**plural** **processes**  ˈprä-ˌse-səz ◀))  ˈprō-, -sə-, -ˌsēz ◀))

Synonyms of *process* ›

**1** **a** : **PROGRESS, ADVANCE**

in the *process* of time

**b** : something going on : **PROCEEDING**

**2** **a** **(1)** : a natural phenomenon marked by gradual changes that lead toward a particular result

the *process* of growth

**(2)** : a continuing natural or biological activity or function

such life *processes* as breathing

**b** : a series of actions or operations conducing to an end

*especially* : a continuous operation or treatment especially in manufacture

**3** **a** : the whole course of proceedings in a legal action

**b** : the summons, mandate, or writ used by a court to compel the appearance of the defendant in a legal action or compliance with its orders

**4** : a prominent or projecting part of an organism or organic structure

a bone *process*

a nerve cell *process*

**5** : **CONK entry 6**

# process  2 of 4  *verb* (1)



**Quordle**

Can you solve 4 words at once?

Play



| Dictionary | Thesaurus |
|---|---|

**2**  **a** : to subject to a special process or treatment (as in the course of manufacture or film development)

    **b** **(1)** : to subject to or handle through an established usually routine set of [procedures](#)

        *process* insurance claims

      **(2)** : to integrate sensory information received so that an action or response is generated

        the brain *processes* visual images relayed from the retina

      **(3)** : to subject to examination or analysis

        computers *process* data

    **c** : to work (hair) into a conk

# process  3 of 4  **adjective**

**1** : treated or made by a special process especially when involving synthesis or artificial modification

**2** : made by or used in a mechanical or photomechanical duplicating process

**3** : of or involving illusory effects usually introduced during [processing](#) of the film

# process  4 of 4  **verb (2)**

pro·cess  ( prə-ˈses 🔊 )

**processed; processing; processes**

*intransitive verb*

**chiefly British**

: to move in a [procession](#)



WORD OF THE DAY

**cardinal** 🔊

[See Definitions and Examples »](#)

Get Word of the Day daily email!



Your email address          SUBSCRIBE

‹

| Dictionary | Thesaurus |
|------------|-----------|

**Noun**

course          operation          procedure

proceeding

See all Synonyms & Antonyms in Thesaurus ›

## Noun

How does the election *process* work?

Learning a foreign language can be a long *process*.

We're remodeling our house. The whole *process* is expected to take a few months.

Breathing and the circulation of blood are life *processes*.

a bony *process* on the foot

Dictionary                                                                    Thesaurus

decisions.

— Alena Botros, *Fortune*, 22 June 2024

## Verb

The Wisconsin Lottery recommends arriving by 3:30 p.m. for most prizes and 2 p.m. for prizes of $50,000 or more to allow enough time to **process** your ticket.

— Steven Martinez, *Journal Sentinel*, 23 June 2024

So while Geordie taking an entire episode to grant Will his blessing could be somewhat frustrating to watch, the show allotting Geordie that amount of time to **process** the loss — and scripting a monologue for him—is a testament to the depth of that relationship.

— Mandi Bierly, *TVLine*, 23 June 2024

## Adjective

The Xe HPC device is a multi-tiled, multi-**process**-node package with new GPU cores, HBM2e memory, a new Xe Link interconnect, and PCIe Gen 5 implemented with over 100-billion transistors.

— Karl Freund, *Forbes*, 15 Sep. 2021

Regrind silicone used in the speaker is made by reclaiming and upcycling post-**process** and post-consumer silicone scraps that might otherwise end up in landfill.

— Mark Sparrow, *Forbes*, 4 Oct. 2022

## Verb

Because of, sort of, the sixth sense in the pocket, the decision-making, **processing** information quickly.

— Mike Rodak | Mrodak@al.com, *al*, 11 Apr. 2023

Under the plan, companies licensed to grow, **process** and sell medical cannabis will be eligible to receive licenses to participate in the recreational market by paying a one-time conversion fee of between $100,000 and $2 million, based on their 2022 sales.

— Erin Cox, *Washington Post*, 10 Apr. 2023

**See all Example Sentences for *process* >**

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'process.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.

Dictionary                                                                                                Thesaurus

## Etymology

**Noun**

Middle English *proces*, from Anglo-French *procés*, from Latin *processus*, from *procedere*

**Verb (2)**

back-formation from PROCESSION entry 1

## First Known Use

**Noun**

14th century, in the meaning defined at sense 1a

**Verb (1)**

15th century, in the meaning defined at sense 1a

**Adjective**

1888, in the meaning defined at sense 1

**Verb (2)**

1814, in the meaning defined above

## Time Traveler

‹

| Dictionary | Thesaurus |
|---|---|

alveolar process                          Bessemer process

due process                               Haber process

in-process                                in the process

in the process of (doing something)       Markov process

odontoid process                          open-hearth process

peace process                             procedural due process

**See More** ⌄

procerity
**process**
processable

> See More Nearby Entries ›

Style    [ MLA ]

"Process." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/process. Accessed 27 Jun. 2024.

⧉ Copy Citation

Dictionary                                                                Thesaurus

**Facebook**    **Twitter**

# process  1 of 2  noun

pro·cess    ˈpräs-ˌes 🔊    ˈprōs- 🔊    -əs

**plural** **processes**    -ˌes-əz 🔊    -ə-səz 🔊    -ə-ˌsēz

**1** **a** : ADVANCE entry 2 sense 1

    the *process* of time

  **b** : something going on

**2** **a** : a natural continuing action or series of actions or changes

    the *process* of growth

    life *processes*

    mental *processes*

  **b** : a series of actions or operations leading to a result

    a manufacturing *process*

**3**  : the carrying on of a legal action

    due *process* of law

**4**  : a bodily part that sticks out or is conspicuous : OUTGROWTH

    a bony *process*

# process  2 of 2  verb

**1**  : to change or prepare by special treatment

    *process* foods

<
                                    Dictionary                                                                    Thesaurus

computers *process* data
*process* information

## process *noun*

pro·cess  ˈpräs-ˌes ◀))    ˈprōs- ◀))   -əs

**1**  **a** : a natural progressively continuing operation or development marked by a series of gradual changes that succeed one another in a
        relatively fixed way and lead toward a particular result or end
            the *process* of growth
            the *process* of digestion

    **b** : a natural continuing activity or function
            such life *processes* as breathing and the circulation of the blood

**2**   : a prominent or projecting part of an organism or organic structure
            a bone *process*
            a nerve cell *process*

| Dictionary | Thesaurus |
|---|---|

pro·cess   ˈprä-ˌses, ˈprō- ◀)

**1** : a continuous operation, art, or method especially in manufacture

whoever invents or discovers any new and useful *process*...may obtain a patent therefor

– *U.S. Code*

**2  a** : **PROCEDURE sense 1**

→ see also ABUSE OF PROCESS, DUE PROCESS

**b** : a means (as a summons) used to compel a defendant to appear in court

*broadly* **:** a means by which a court acquires or exercises jurisdiction over a person or property

→ see also MESNE PROCESS

→ compare NOTICE, SERVICE

NOTE: In civil procedure, service of a summons on a defendant is considered constitutionally sufficient process, although usually a copy of the complaint must also be provided according to the local rule of procedure.

Nglish: Translation of *process* for Spanish Speakers

Britannica English: Translation of *process* for Arabic Speakers

Last Updated: 26 Jun 2024 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

ATTACHMENT B



*Meaning of **process** in English*

# process

***noun*** [ C ]

US  /ˈprɑː.ses / UK 🔊 /ˈprəʊ.ses /

Add to word list ☰

B2

**a series of actions that you take in order to achieve a result:**

• *the peace process*

• *Increasing the number of women in top management jobs will be a slow process.*

• *This decision may delay the process **of** European unification.*

• *The party has begun the **painful** (= difficult) process of rethinking its policies and strategy.*

• *Going to court to obtain compensation is a long process.*

• *She arrived at the correct answer by a process **of elimination** (= by deciding against each answer that was unlikely to be correct until only one was left).*

➕ ☰

B2

**a series of changes that happen naturally:**

• *the digestive process*

• *the aging process*

• *It's all part of the learning process.*

➕ ☰

**a method of producing goods in a factory by treating natural substances:**

Cookies Settings

Accept All Cookies

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Privacy and Cookies Policy



• *A refining process is used to extract usable fuel from crude oil.*

**+ SMART Vocabulary: related words and phrases**

**Idioms**

be in the process of doing something

in the process

# process

*verb*

US 🔊 / ˈprɑː.ses /    UK 🔊 / ˈprəʊ.ses /

**process** *verb* (DEAL WITH)

B2   [ T ]

**to deal with documents in an official way:**

• *Visa applications take 28 days to process.*

[ T ]

**If a computer processes information, it performs a particular series of operations on the information, such as a set of calculations.**

[ T ]

**to prepare, change, or treat food or natural substances as a part of an industrial operation:**

• *a waste processing plant*

[ T ]

**to think about a difficult or sad situation so that you can gradually accept it:**

• *Returning soldiers need time to process what they have experienced in combat.*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Privacy and Cookies Policy**



**+ SMART Vocabulary: related words and phrases**

process *verb* (WALK)

[ I + adv/prep ] mainly UK    formal **US** 🔊   /prəˈses/ **UK** 🔊   /prəˈses/

**to walk slowly:**

• *We watched them process down the aisle.*

**+ SMART Vocabulary: related words and phrases**

**Related word**

processing

*(Definition of **process** from the **Cambridge Advanced Learner's Dictionary & Thesaurus** © Cambridge University Press)*

**process** | INTERMEDIATE ENGLISH

# process

*noun* [ C ]

US 🔊   /ˈprɑs·es, ˈprou·ses/

Add to word list ≣

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.
**Privacy and Cookies Policy**

• *A new process has been developed for removing asbestos.*



# process

*verb* [ T ]

US 🔊  / ˈprɑs·es , ˈprou·ses /

**to deal with something according to a particular set of actions:**

• *Your insurance claim will take about a month to process.*

**If a computer processes information, it performs a series of operations on it.**

**To process food or raw materials is to prepare, change, or treat them as part of an industrial operation.**

*(Definition of* **process** *from the* **Cambridge Academic Content Dictionary** *© Cambridge University Press)*

process | BUSINESS ENGLISH

# process

*noun* [ C ]

UK 🔊  / ˈprəuses /    US 🔊  / ˈprɑːses /

**a series of actions that are needed in order to do something or achieve a result:**

• *Management recognizes it is important to get the process right even if it means delaying the project start date.*

• **consultation/decision-making/planning process** *The role offers the opportunity to be a part of the company's decision-making process.*

• **approval/evaluation/inspection process**

• **complete/finish/start a process**

• *a* **disciplinary/hiring/selection process**

• **improve/speed up/streamline a process**

PRODUCTION

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.
Privacy and Cookies Policy



• *We're in the process of reviewing the court's decision and evaluating our response.*

▸ **in the process**

**if something is happening, and something else happens in the process, the second thing happens as a result of the first:**

• *A clash with their main supplier means they won't be able to honour their contracts and will lose millions of pounds in the process.*

**See also**

due process

four-colour process



# process

*verb* [ T ]

UK 🔊 / ˈprəʊses / US 🔊 / ˈprɑːses /

PRODUCTION

**to change raw materials, for example by adding chemicals or other substances to them, as part of the production of goods:**

• *The two new oil refineries will be able to process 250,000 barrels of crude a day.*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Privacy and Cookies Policy**

6/27/24, 6:35 PM
PROCESS | definition in the Cambridge English Dictionary
Case 1:23-cv-00228-MMB    Document 43    Filed 07/09/24    Page 52 of 86



IT

**if a computer processes data, it uses a set of instructions to organize it and produce a particular result:**

• *A bug in the system was preventing it from processing digital image files.*

*(Definition of* **process** *from the* **Cambridge Business English Dictionary** *© Cambridge University Press)*

EXAMPLES of **process**

# process

But how should the *process* of verification work?

From *The New Yorker*

But they removed the protections, the anonymization *process*.

From *Wired*

The important thing to keep in mind about all of the data you collect is that it should add intelligence to your processes.

From *CNET*

There is something about the *process* that those of us who can't feel we are missing out on.

From *CNN*

Contents                                                                To top

From *NPR*

I understand the *process* you're gon na go through and going through vocal changes.

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.
**Privacy and Cookies Policy**

And today they repeat the *process* in public.

*From NPR*

We were all affected, and we're in a *process* of figuring out what the next step is.

*From TIME*

It is a tricky *process* with unclear results.

*From Heritage.org*

The *process* to produce bio-oils is based on flash pyrolysis.

*From Phys.Org*

You will want to ask friends to come and support and help you with this important and difficult step of the grieving *process*.

*From Huffington Post*

The shapes that things take, the manipulation of sounds -- it's a learning *process* for me.

*From Billboard*

These examples are from corpora and from sources on the web. Any opinions in the examples do not represent the opinion of the Cambridge Dictionary editors or of Cambridge University Press or its licensors.

COLLOCATIONS with **process**

# process

**These are words often used in combination with process.**

Click on a collocation to see more examples of it.

**acceleration process**

• The standard dephasing limit and the electron acceleration process are briefly discussed.

*From the Cambridge English Corpus*

**accreditation process**

• The study population is distinctive in two respects : their participation in the accreditation process and that they complete with a formal qualification.

*From the Cambridge English Corpus*

**adjudication process**

• They were informed that their child's participation in the project would in no way influence his treatment at the detention center or his legal standing in the adjudication process.

*From the Cambridge English Corpus*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Privacy and Cookies Policy**

6/27/24, 6:35 PM
PROCESS | definition in the Cambridge English Dictionary
Case 1:23-cv-00228-MMB    Document 43    Filed 07/09/24    Page 54 of 86

in Chinese (Traditional)

過程, 步驟, 變化過程…

See more

in Chinese (Simplified)

过程, 步骤, 变化过程…

See more

in Spanish

procedimiento, proceso, tramitar…

See more

in Portuguese

processo, dar andamento a, processo [masculine]…

See more

in more languages

Need a translator?

Get a quick, free translation!



Translator tool

**Browse**

proceeded

proceeding

proceedings

proceeds

**process**

process analysis

process engineering    BETA

process flow chart

process improvement

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Privacy and Cookies Policy

 

Test your vocabulary with our fun image quizzes



Try a quiz now

More meanings of *process*

− All

due process

the Haber process

peace process

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Privacy and Cookies Policy

ATTACHMENT C



*Meaning of **minor** in English*



# minor

***adjective***

US  /ˈmaɪ.nɚ/   UK  /ˈmaɪ.nəʳ/

**minor** *adjective* (UNIMPORTANT)

B2

Add to word list ≡

**having little importance, influence, or effect, especially when compared with other things of the same type:**

• **minor operation** *Last year he went into the hospital for a minor operation.*

• **minor problem** *It's only a minor problem - we'll soon find a solution.*

• **minor offense** *There's been an increase in minor offenses, such as traffic violations and petty theft.*

• **minor injury** *She suffered only minor injuries.*

• *It requires a few minor adjustments.*

• *a minor poet of the 16th century*

**Compare**

[major](#)

— **Fewer examples**

  • *For the sake of completeness, I should also mention two other minor developments.*

  • *Treat minor ailments yourself.*

  • *The fear is that these minor clashes may develop into all-out confrontation.*

  • *They had minor breakthroughs but real success eluded them.*

  • *Your health is generally good, but you do have a few minor problems.*

+ **SMART Vocabulary: related words and phrases**



MUSIC

**belonging or relating to a musical scale that is generally thought to have a sad sound:**

• **minor key** *The piece is written in a minor key.*

• **in D, F, etc. minor** *Mozart's Piano Concerto in D minor*

**Compare**

minor

---

**minor** *adjective* (COMPETITION)    

US

**belonging or relating to the professional baseball and ice hockey leagues (= groups of teams who play games against each other) that play below the highest level:**

• *Her children play minor hockey at the local rink.*

**Compare**

minor-league

major

➕ SMART Vocabulary: related words and phrases

---

𝐟    𝕏

# minor

*noun* [ C ]

**minor** *noun* [C] (YOUNG PERSON)

LAW • specialized

**someone who is too young to have the legal responsibilities of an adult:**

• *He was accused of having sex with a minor.*

➕ **Thesaurus: synonyms, antonyms, and examples**

➕ **SMART Vocabulary: related words and phrases**

---

**minor** *noun* [C] (COMPETITION)

▶ **the minors** [ plural ] US

**the professional baseball and ice hockey leagues (= groups of teams who play games against each other) that play below the highest level:**

• *He spent five years refining his skills in the minors.*

See more

---

# minor

*verb*

US 🔊 /ˈmaɪ.nɚ/   UK 🔊 /ˈmaɪ.nəʳ/

▶ **minor in something** US

**to study something as your second most important subject in college:**

• *I minored in Spanish in college.*

See more

*(Definition of minor from the **Cambridge Advanced Learner's Dictionary & Thesaurus** © Cambridge University Press)*

minor | INTERMEDIATE ENGLISH

# minor

*adjective* [ not gradable ]

US 🔊 /ˈmɑɪ·nər/

---

**minor** *adjective* [not gradable] (UNIMPORTANT)



- *She suffered minor injuries in the accident.*
- *Waiting another half hour was only a minor inconvenience.*

---

**minor** *adjective* [not gradable] (MUSIC)

MUSIC

**based on a scale (= series of musical notes) in which there is a whole step (= sound difference) between each note except between the second and third notes and between the fifth and sixth notes:**

- *a minor scale*
- *a minor chord*

# minor

**noun** [ C ]

US 🔊 / ˈmɑɪ·nər /

---

**minor** *noun* [C] (YOUNG PERSON)

**a person under the age at which he or she legally becomes an adult**

---

**minor** *noun* [C] (SPECIAL SUBJECT)

**the second most important subject that a college student is studying:**

- *I'm taking two courses in my minor, chemistry.*

*(Definition of **minor** from the **Cambridge Academic Content Dictionary** © Cambridge University Press)*

**minor** | BUSINESS ENGLISH

# minor

*adjective*

UK 🔊 / ˈmɑɪnə / US 🔊

Add to word list

**having little importance, influence, or effect, especially when compared with similar things:**

- *It's only a **minor problem**.*
- *There are **minor differences** between the models, but they're basically the same.*
- *The vehicle only suffered **minor damage**.*
- ***minor adjustments/corrections/modifications***



# minor

**noun** [ C ]

UK 🔊  / ˈmaɪnəʳ /  US 🔊

LAW                                                                                                    + ≡

**someone who has not yet reached the age when they are legally an adult:**

• *It's illegal for adults to supply tobacco to minors.*

*(Definition of **minor** from the **Cambridge Business English Dictionary** © Cambridge University Press)*

EXAMPLES of **minor**

# minor

You can have a *minor* rat problem without ever seeing a rat.
*From San Francisco Chronicle*                                                                    💬

But that love is not without its (*minor*) reservations.
*From Slate Magazine*                                                                             💬

Sometimes we discover a potential bombshell; other times it's a *minor*, telling detail.
*From Huffington Post*                                                                            💬

The two men who tried to help suffered *minor* puncture wounds.
*From Los Angeles Times*                                                                          💬

And even that's a *minor* plot point, so on the big scheme of things he has water in the movie.
*From The Verge*                                                                                  💬

No melting into the weekend, but guidance shows a *minor* thaw next week.
*From Minneapolis Star Tribune*                                                                   💬

So that's what he did, beginning in the lowest minors with umps half his age.
*From ESPN*                                                                                       💬

It vested responsibility for *minor* misdeeds with the offender -- discouraging repetition and making it clear that more serious crimes won't be tolerated either.
*From New York Post*                                                                              💬

She gave one of those supporting performances that make you remind yourself to pay attention to the credits to catch a *minor* player's name.
*From Slate Magazine*                                                                             💬

Contents                                                                      To top ⓘ

*From* <u>CBS Local</u>                                                              💬

For what it's worth, a real 50/50 parent also deals with *minor* issues like clothing your child.

*From* <u>TechCrunch</u>                                                             💬

The driver and a second passenger suffered *minor* injuries.

*From* <u>Washington Post</u>                                                        💬

If the state wants to deny you, they will look for a *minor* error and blow it up.

*From* <u>The Star-Ledger - NJ.com</u>                                               💬

These examples are from corpora and from sources on the web. Any opinions in the examples do not represent the opinion of the Cambridge Dictionary editors or of Cambridge University Press or its licensors.

What is the pronunciation of *minor*?                                            ›

## Translations of **minor**

in Chinese (Traditional)
不重要的, 較不重要的, 次要的…
                                                                        See more

in Chinese (Simplified)
不重要的, 较不重要的, 次要的…
                                                                        See more

in Spanish
de poca importancia, menor, menor [masculine-feminine…
                                                                        See more

in Portuguese
menor, desimportante, pequeno…
                                                                        See more

in more languages                                                            ⌄

Need a translator?
Get a quick, free translation!

                          **Translator tool**

Minneola

Minnesota

Minnesotan

minnow

**minor**

minor in something *phrase*

minor league

minor party

minor penalty

Test your vocabulary with our fun image quizzes



Try a quiz now

More meanings of *minor*

⊟  All

minor party

minor sixth

minor third

minor league

minor-league

minor penalty

minor planet

ATTACHMENT D

‹ minor ✕ ────

Dictionary | Thesaurus

# minor  1 of 3  adjective

mi·nor  ⟨ˈmī-nər 🔊⟩

Synonyms of *minor* ›

**1** : inferior in importance, size, or degree : comparatively unimportant

a *minor* artist

**2** : not having reached majority (see MAJORITY sense 2)

He is the father of *minor* children.

**3 a** : having half steps between the second and third, the fifth and sixth, and sometimes the seventh and eighth degrees

*minor* scale

**b** : based on a minor scale

*minor* key

**c** : less by a semitone than the corresponding major interval

*minor* third

**d** : having a minor third above the root

*minor* triad

**4** : not serious or involving risk to life

*minor* illness

**5** : of or relating to an academic subject requiring fewer courses than a major

his *minor* subjects for his M.A. were plant ecology and entomology

— *Current Biography*



**Quordle**

Can you solve 4 words at once?

**Play**

# minor  2 of 3  noun

**1** : a person who is not yet old enough to have the rights of an adult

**2** : a minor musical interval, scale, key, or mode

**3 a** : a minor academic subject



‹

| Dictionary | Thesaurus |
|---|---|

# minor  3 of 3  verb

**minored; minoring; minors**

*intransitive verb*

**:** to take courses in a minor subject

---

**WORD OF THE DAY**

## cardinal 🔊

[See Definitions and Examples »](#)

Get Word of the Day daily email!

Your email address          SUBSCRIBE

---

**Adjective**

inferior                    junior                    less

lesser                      lower                     smaller

subordinate

See all Synonyms & Antonyms in Thesaurus ›

&#60;

| Dictionary | Thesaurus |
| --- | --- |

The grant covered only a **minor** part of the cost.

**See More** ⌄

## Recent Examples on the Web

### Adjective

The report cited a May 2020 incident in which more than 120 people were arrested on felony rioting charges using a verbatim probable cause statement, and prosecutors abandoned more than 100 of the cases after finding a lack of evidence to support even **minor** charges.
— Perry Vandell, *The Arizona Republic*, 14 June 2024

Detailed analysis revealed that this wasn't just a **minor** fluctuation but a warning sign.
— Jessica Billingsley, *Rolling Stone*, 14 June 2024

### Noun

Similarly, Sweden's National Board of Health and Welfare determined that the risks of such treatments for **minors** outweigh the potential benefits, emphasizing the need for more research into their impact.
— Sara Stockton, *New York Daily News*, 18 June 2024

No jurisdiction in the state issues criminal citations to **minors**, but people under age 18 can receive juvenile civil citations, which refer the recipient to the Maryland Department of Juvenile Services.
— Darcy Costello, *Baltimore Sun*, 14 June 2024

### Verb

Emma, one of about 20 Oxford survivors at the university, decided to **minor** in women's studies, hoping to one day get a doctorate, maybe become a professor and teach students like her.
— John Woodrow Cox, *Anchorage Daily News*, 15 Feb. 2023

While earning her Bachelor of Arts degree in journalism, Carly chose to **minor** in event planning.
— Carly Totten, *Better Homes & Gardens*, 14 Dec. 2022

**See all Example Sentences for *minor* ›**

<

| Dictionary | Thesaurus |

## Etymology

**Adjective and Noun**

Latin, smaller, inferior; akin to Old High German *minniro* smaller, Latin *minuere* to lessen

## First Known Use

**Adjective**

1526, in the meaning defined at sense 1

**Noun**

1612, in the meaning defined at sense 1

**Verb**

1926, in the meaning defined above

## Time Traveler

**The first known use of *minor* was in 1526**

See more words from the same year

‹

| Dictionary | Thesaurus |
|---|---|

minor in                              minor league

minor leaguer                         minor miracle

minor order                           minor party

minor penalty                         minor planet

minor premise                         minor seminary

minor suit                            minor term

thalassemia minor

Merriam-Webster's Words of the
Week -...

<

Dictionary                                                                    Thesaurus

minorate

See More Nearby Entries >

Style    [ MLA ]

"Minor." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/minor. Accessed 27 Jun. 2024.

⎙ Copy Citation


**Facebook**


**Twitter**

# minor  1 of 2  adjective

mi·nor  ( ˈmī-nər ◀ )

1  **:** less in size, importance, or value
   a *minor* poet
   a *minor* injury

2  **:** not having reached the age to have full civil rights

3  **a :** relating to or being a musical scale in which the third tone is lowered a half step

   **b :** based on a minor scale
      *minor* key

Dictionary                                                                      Thesaurus

# minor   1 of 2   adjective

mi·nor     (ˈmī-nər ◀))

: not serious or involving risk to life
  *minor* illness
  a *minor* operation

→ compare MAJOR

# minor   2 of 2   noun

: a person of either sex under the age of legal qualification for adult rights and responsibilities that has traditionally been 21 in the United
States but is now 18 in many states or sometimes less under certain circumstances (as marriage or pregnancy)

# minor   1 of 2   noun

mi·nor

<

Dictionary                                                                      Thesaurus

**minor**  2 of 2  **adjective**

**1  a :** being less important or serious

a *minor* official

a *minor* offense

**b :** involving, relating to, or dealing with less important matters

**2  :** having the status of a minor

*minor* children

Nglish: Translation of *minor* for Spanish Speakers

Britannica English: Translation of *minor* for Arabic Speakers

Britannica.com: Encyclopedia article about *minor*

Last Updated: 20 Jun 2024 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

**See All**

ATTACHMENT E

Minor Definition & Meaning | Britannica Dictionary

# minor

6 ENTRIES FOUND:

**minor** (adjective)

**minor** (noun)

**minor** (verb)

---

¹ minor  /ˈmaɪnə/ 🔊 *adjective*

**Britannica Dictionary definition of MINOR**

**1 a :** not very important or valuable

- a *minor* artist/author/celebrity
- Her role in the project was *minor*.
- a *minor* component/part

[+] more examples

**b** *always used before a noun* **:** small in number, quantity, or extent

- The grant covered only a *minor* part of the cost.

**2 :** not very serious **:** not causing much trouble or damage

- a *minor* illness/injury/setback
- The delay will be *minor*.
- a very *minor* annoyance/accident

[+] more examples

**3** *music*
   **a :** having semitones between the second and third, the fifth and sixth, and sometimes the seventh and eighth notes in a scale

- a *minor* scale

**b :** based on a minor scale

- a *minor* key

— compare ¹MAJOR 3

**4** *always used before a noun* **:** not yet old enough to have the rights of an adult

- He has *minor* children living in the house.

² minor  /ˈmaɪnə/  *noun*

*plural* **minors**

**Britannica Dictionary definition of MINOR**

[count]

**1 :** a person who is not yet old enough to have the rights of an adult

- families with children who are still *minors*

**the minors** *US, informal*

**:** the minor leagues of baseball

- He spent his entire career in *the minors*.



**³ minor** /ˈmaɪnə/ ***verb***

**minors**; **minored**; **minoring**

**Britannica Dictionary definition of MINOR**

**minor in** [phrasal verb]

**minor in (something)** *US*

**:** to have (a specified second subject of study) in addition to your main subject

- In college, she majored in chemistry and *minored in* biology.

ATTACHMENT F

‹    insignificant        ✕

Dictionary             Thesaurus

# insignificant *adjective*

in·sig·nif·i·cant    ˌin(t)-sig-ˈni-fi-kənt 🔊

Synonyms of *insignificant* ›

: not significant: such as

**a** **:** lacking meaning or import

**b** **:** small in size, quantity, or number

**c** : not worth considering **: UNIMPORTANT**

**d** : lacking weight, position, or influence **: CONTEMPTIBLE**

       **adverb**



‹

|          Dictionary          |          Thesaurus          |
| --- | --- |

slight            small            small-fry

trifling          trivial          unimportant

See all Synonyms & Antonyms in Thesaurus ›

They lost an **insignificant** amount of money.

Looking up at the stars always makes me feel so small and **insignificant**.

These problems are **not insignificant**.

## Recent Examples on the Web

Though this number may seem **insignificant**, panthers are an endangered species, and only 120 to 230 of them remain in the Florida wild.
— Tia Russell, *Orlando Sentinel*, 21 June 2024

Winds were expected to reach 20 mph Wednesday, far from **insignificant**, but dramatically weaker than what crews had faced the last few days.
— Grace Toohey, *Los Angeles Times*, 19 June 2024

But that does not mean that these deaths are **insignificant** or should go unacknowledged.
— Jay Nordlinger, *National Review*, 11 June 2024

There are likely myriad reasons why a not **insignificant** number of Republicans are still refusing to back him.
— S.e. Cupp, *New York Daily News*, 8 May 2024

See all Example Sentences for *insignificant* ›

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'insignificant.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.



Merriam-Webster

WORD OF THE DAY

**cardinal** 🔊

See Definitions and Examples »

Get Word of the Day daily email!

Your email address          SUBSCRIBE

Dictionary                                             Thesaurus

## First Known Use

1651, in the meaning defined above

## Time Traveler

**The first known use of *insignificant* was in 1651**

See more words from the same year

**8 Significant Words for 'Insignificant'**

<

Dictionary                                                      Thesaurus

insignificancy
**insignificant**
insignificative

See More Nearby Entries >

Style   | MLA |

"Insignificant." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/insignificant. Accessed 27 Jun. 2024.

⎘ Copy Citation




Facebook    Twitter

<

Dictionary                                                          Thesaurus



Nglish: Translation of *insignificant* for Spanish Speakers

Britannica English: Translation of *insignificant* for Arabic Speakers

Last Updated: 25 Jun 2024 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

ATTACHMENT G



*Meaning of **insignificant** in English*

# insignificant

*adjective*

US 🔊  /ˌɪn.sɪɡˈnɪf.ə.kᵊnt/   UK 🔊  /ˌɪn.sɪɡˈnɪf.ɪ.kᵊnt/

C1                                                                                    Add to word list ☰

**small or not noticeable, and therefore not considered important :**

• *Why bother arguing about such an insignificant amount of money?*

• *The difference between the two results was insignificant.*

— **SMART Vocabulary: related words and phrases**

**Of little or less importance**

be in/under someone's shadow *idiom*

be neither here nor there *idiom*

big deal

biggie

derisory

meaningless

meaninglessly

meaninglessness

mere

merely

piddling

piddly

piffling

play second fiddle *idiom*

poxy

unseriousness

vestigially

who needs...? *idiom*

**See more results »**

**Related words**

insignificantly

insignificance

*(Definition of **insignificant** from the **Cambridge Advanced Learner's Dictionary & Thesaurus** © Cambridge University Press)*

**insignificant** | INTERMEDIATE ENGLISH

# insignificant

*adjective*

US 🔊 / ˌɪn·sɪɡˈnɪf·ɪ·kənt /

Add to word list ☰

## not important or thought to be valuable:

• *Her problems seemed pretty insignificant compared to her brother's.*

## insignificance

*noun* [ U ] US 🔊 / ˌɪn·sɪɡˈnɪf·ɪ·kəns /

• *My colleagues despised this man for his insignificance.*

## insignificantly

*adverb* US / ˌɪn·sɪɡˈnɪf·ɪ·kənt·li /

*(Definition of **insignificant** from the **Cambridge Academic Content Dictionary** © Cambridge University Press)*

EXAMPLES of **insignificant**

# insignificant

A less than one-hour per week activity (much like summer activities that last less than three weeks) will usually be considered *insignificant*.

*From* Huffington Post

💬

⌃

Case 1:23-cv-00228-MMB    Document 43    Filed 07/09/24    Page 85 of 86

Oh sure, there could be cases with significant air resistance but for most cases this is an *insignificant* force.

From *Wired*

Learning to live with "how men are" is not *insignificant* for working women.

From *Huffington Post*

When does nine hundred thousand seem like an *insignificant* number of women?

From *The New Yorker*

An estimated 1.8 million such incidents occurred last year, but the increase from the previous year was calculated to be statistically *insignificant*.

From *CNN*

Things that initially seemed *insignificant* will often prove to be very important.

From *Ars Technica*

Average weekly wages from 1970 (natural log) were also *insignificant*.

From *Heritage.org*

Hearing about this woman's father made spreadsheets and deadlines *insignificant*.

From *Huffington Post*

The base price on the car was $97,400, a not *insignificant* buy-in.

From *The Verge*

Who doesn't want to be the world champion at something, no matter how *insignificant*?

From *The Atlantic*

What remains of a life when one can no longer recall its significant, or even *insignificant*, moments?

From *Dallas Morning News*

Management had deemed such exposures so *insignificant* that employees weren't required to wear neutron dosimeters during the plant's first 38 years.

From *Slate Magazine*

Each brine shrimp is *insignificant* and tiny, but together their movement is so strong it affects the currents.

From *Huffington Post*

The one-time price of a smartphone is *insignificant* compared to the cost of its data plan (which can range from around $60 to $120 a month).

From *Huffington Post*

These examples are from corpora and from sources on the web. Any opinions in the examples do not represent the opinion of the Cambridge Dictionary editors or of Cambridge University Press or its licensors.

What is the pronunciation of *insignificant*?

INSIGNIFICANT definition | Cambridge English Dictionary

in Chinese (Traditional)

不重要的，無足輕重的…

See more

in Chinese (Simplified)

不重要的，无足轻重的…

See more

in Spanish

insignificante, insignificante [masculine-feminine, singular]…

See more

in Portuguese

insignificante…

See more

in more languages

---

Need a translator?

Get a quick, free translation!



Translator tool

**Browse**

insightfully

insignia

insignificance

insignificancy

**insignificant**

insignificantly

insincere

insincerely

insincerity