IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| TRINA SOLAR (VIETNAM) SCIENCE & TECHNOLOGY CO., LTD., TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED, and TRINA SOLAR CO., LTD., <br><br> *Plaintiffs,* <br><br> and, <br><br> FLORIDA POWER & LIGHT COMPANY, <br><br> *Plaintiff-Intervenor,* <br><br> v. <br><br> UNITED STATES <br><br> *Defendant,* <br><br> and, <br><br> AUXIN SOLAR INC. and FIRST SOLAR VIETNAM MANUFACTURING CO. LTD., <br><br> *Defendant-Intervenors.* | Ct. No. 23-00228 |

CERTIFICATION OF NON-USE OF GENERATIVE ARTIFICIAL INTELLIGENCE

The undersigned counsel at Trade Pacific PLLC hereby certifies that the Comments on Remand Redetermination of Plaintiffs Trina Solar (Vietnam) Science & Technology Co., Ltd., *et al.*, dated October 27, 2025, (ECF 65) were not prepared with the assistance of a generative artificial

intelligence program based on natural language prompts—such as, but not limited to, ChatGPT, Google Bard, or any similar program.

                                              Respectfully submitted,

                                              /s/ Jonathan M. Freed
                                              Jonathan M. Freed
                                              MacKensie R. Sugama

                                              TRADE PACIFIC PLLC
                                              700 Pennsylvania Avenue, SE, Suite 500
                                              Washington, D.C.  20003
                                              (202) 223-3760

Dated:  October 29, 2025