**FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)**     **Form 1**     **March 2023**

# UNITED STATES

# COURT OF INTERNATIONAL TRADE

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed:    Court No. 23-00228

Case title being appealed:    Trina Solar (Vietnam) v. United States

Date of final judgment or order being appealed:    03/17/2026

**List all Appellants** (List each party filing this appeal.  Do not use "et al." or other abbreviations.  Attach continuation pages if necessary.)

Trina Solar (Vietnam) Science & Technology Company, Limited
Trina Solar Energy Development Company Limited
Trina Solar Company, Limited

Date: 05/15/2026

Signature: /s/ Jonathan M. Freed

Name: Jonathan M. Freed

Address: 700 Pennsylvania Ave. SE

Suite 500

Washington, DC 20003

Phone Number: 202-223-3760

Email Address: jfreed@tradepacificlaw.com